

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.　Diego<br><br>Olivares<br><br>　　　　　　Defendant. | Case No.: SA07-107 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background info not completely verified;___

1  minimal bail resources; extensive foreign travel experience
2  nature of allegs which incl traveling to Mexico in viol of an
3  express travel restriction; recent conduct indicative of possible
4  and/or  drug abuse; recent demonstrated lack of amenability to supervision; history of traffic court ftas

5  B.  (X) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: nature of alleged viols, which involve alleged
10    commission of new crimes while under supervision; prior
11    convs for narcotics offenses; and indications that
12    he again may be abusing narcotics

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  4/11/07

        _____
        ROBERT N. BLOCK
        UNITES STATES MAGISTRATE JUDGE